1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 5617
2  rdennett@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
4  Telephone:   (702) 839-1100
   Facsimile:   (702) 839-1113
5  *Attorneys for Defendant,*
   *Shaquille Paige*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HYE K. IM, an Individual, | CASE NO: 2:24-CV-00748-CDS-EJY |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO REMAND TO STATE COURT** |
| vs. | |
| SHAQUILLE PAIGE, | [ECF Nos. 4, 8] |
| Defendant | |

IT IS HEREBY STIPULATED by and between PATRICK W. KANG, ESQ., and PAUL H. WOLFRAM, ESQ., of the law firm of KANG & ASSOCIATES, PLLC, attorneys for Plaintiff, HYE K. IM, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, SHAQUILLE PAIGE, that this matter be remanded, by agreement, for resolution to Nevada State Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Both sides acknowledge that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED:     4/29/2024                      DATED:     4/29/2024

**KANG & ASSOCIATES, PLLC**              **DENNETT WINSPEAR, LLP**

By    */s/ Paul H. Wolfram*              By    */s/ Ryan L. Dennett*
PATRICK W. KANG, ESQ.  Nevada             RYAN L. DENNETT, ESQ.
Bar No. 10381                             Nevada Bar No. 5617
PAUL H. WOLFRAM, ESQ.                     3301 N. Buffalo Drive, Suite 195
Nevada Bar No. 16025                      Las Vegas, Nevada 89129
6480 W. Spring Mountain Rd., Ste          Telephone:    (702) 839-1100
1 Las Vegas, Nevada 89146                 ***Attorneys for Defendant,***
Telephone: 702-333-4223                   ***Shaquille Paige***
***Attorneys for Plaintiff, Hye K. Im***

**ORDER**

IT IS ORDERED that the parties' stipulation to remand **[ECF No. 8] is GRANTED**.

IT IS FURTHER ORDERED that plaintiff's motion to remand **[ECF No. 4] is DENIED** as moot.

The Clerk of Court is kindly instructed to remand this matter to the Eighth Judicial District Court, Department 24, Case No. A-23-880709-C, and to close this case.

_____
United States District Judge

Dated: May 3, 2024

2